**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**DELMAR POLSTON**                                                    **PLAINTIFF**

v.                      **CASE NO. 3:13CV00226 BSM**

**CLABOURNE HICKS et al.**                                    **DEFENDANTS**

**ORDER**

The proposed findings and partial recommended disposition submitted by United States Magistrate Judge H. David Young, along with the objections filed, have been reviewed. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and partial recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's claims against the Mississippi County Detention Center are dismissed with prejudice, and the Mississippi County Detention Center is removed as a defendant.

2. Plaintiff's motion for final disposition [Doc. No. 4], and his motion for Rule 50 [Doc. No. 5], are denied.

DATED this 3rd day of January 2014.

                                                                      /s/ Brian S. Miller
                                                                      UNITED STATES DISTRICT JUDGE